UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br>Plaintiff,<br>v.<br>J & T JUNCTION CORP.,<br>Defendant. | No. 1:24-cv-01436-KES-EGC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>(Docs. 16, 19) |

On August 19, 2026, plaintiff Jose Acosta filed a motion for default judgment against defendant J & T Junction Corp., doing business as Kingsburg Sinclair. (Doc. 16). This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(19).

On September 4, 2026, the assigned magistrate judge issued findings and recommendations to grant plaintiff's motion for default. (Doc. 19.). The court served the findings and recommendations on all parties. Defendant did not file timely objections. (*See* docket). In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case.

Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on September 4, 2026 (Doc. 19) are ADOPTED in full.
2. Petitioner's motion for default judgment (Doc. 16) is GRANTED:
3. Judgment SHALL be entered in plaintiff's favor and against defendant J & T Junction Corp., doing business as Kingsburg Sinclair, also known as J & T Junction;
4. Plaintiff is hereby GRANTED injunctive relief. Defendant is hereby ORDERED to provide the required number of properly configured, located, and identified accessible parking stall(s) with adjacent access aisle depending on the total number of parking stalls in the lot, along with an accessible path of travel to the Facility entrance including a ramp, in compliance with the 2010 Standards.
5. Plaintiff is AWARDED statutory damages in the amount of $4,000;
6. Plaintiff is AWARDED attorney's fees in the amount of $1,770.00 (5.9 hours at $300 per hour), paralegal fees in the amount of $1,012.00 (8.8 hours at $115 per hour), and costs of suit in the amount of $858.27.
7. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: September 30, 2026

UNITED STATES DISTRICT JUDGE